JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE LYNN LAMOTHE,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security Administration,<br><br>　　　　Defendant. | Case No. CV 18-5467-SP<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

Dated: September 27, 2019

_____
SHERI PYM
United States Magistrate Judge